UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCA CUCINA ITALIANA, INC.,,<br><br>    Defendant. | Case No. 21-cv-03092-JSC<br><br>**ORDER TO SHOW CAUSE AS TO WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 13 |

Plaintiff filed this disability access action on April 28, 2021. (Re: Dkt. No. 1.) The docket reflects that although Plaintiff served the complaint on May 26, 2021 (Dkt. No. 8), and the time for the joint site inspection has long passed, the parties have not filed the Notice for Need for Mediation or Notice of Settlement as required by General Order 56 ¶ 9. On January 4, 2022, the Court ordered the parties to file either a Notice of Settlement of ADA Access Case or Notice of Need for Mediation and Certification of Counsel within 14 days. (Dkt. No. 13.) The parties have not responded to the Court's Order and the time do so has run. **Accordingly, on before March 1, 2022, Plaintiff is ORDERED TO SHOW CAUSE in writing as to why this action should not be dismissed for failure to prosecute**. *See* Fed. R. Civ. Pro. 41(b). Failure to timely respond to this Order may result in the dismissal of this action without further notice.

**IT IS SO ORDERED.**

Dated: February 14, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge